UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 03-74928-TJT
DENNIS MORRISON  CHAPTER 13 PROCEEDINGS
INGERBORD MORRISON  HON. THOMAS J. TUCKER

_____ Debtors _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DENNIS MORRISON<br>INGERBORD MORRISON<br>13957 CHATHAM<br>DETROIT, MI 48223-0000<br>SSN: XXX-XX-3216 or XXX-XX-7837 | N/A | N/A | DEBTOR REFUND | 1284576 | 7/22/10 | $ 4,056.90 |

DATED: August 05, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930        8764821
DETROIT, MICHIGAN 48231-1930

0374928  00000  017414  1284576
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 07/21/2010     Check No: 1284576
Payee: CLERK OF US BANKRUPTCY COURT

| 0374928 | DENNIS MORRISON & INGERBORD MORRISON | | 4,056.90 | 0.00 | 4,056.90 |
|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79 / 611

**CHECK NO. 1284576**
SunTrust Bank

FOR: DENNIS MORRISON and INGERBORD MORRISON
BK:0374928  ACCT:
PRIN: 4,056.90  INT: 0.00

**DATE Jul 21, 2010**

**AMOUNT ******4,056.90**

PAY **4,056.90**
Four Thousand Fifty-Six And 90 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $4,056.90
VOID 90 DAYS AFTER DATE

TO THE ORDER OF:
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　　CASE NO. 03-74928-TJT
DENNIS MORRISON　　　　　　　　　　　　CHAPTER 13 PROCEEDINGS
INGERBORD MORRISON　　　　　　　　　　HON. THOMAS J. TUCKER

　　　　　　　　Debtors
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**FREGO & BRODSKY PLC**
**23843 JOY ROAD**
**DEARBORN HEIGHTS, MI 48127**

**Last Known Address for Debtors:**

**DENNIS MORRISON**
**INGERBORD MORRISON**
**13957 CHATHAM**
**DETROIT, MI 48223**

DATED: August 05, 2010　　　　　　　　　/s/ TAMMY L. TERRY
　　　　　　　　　　　　　　　　　　　　　TAMMY L. TERRY, STANDING
　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　535 GRISWOLD
　　　　　　　　　　　　　　　　　　　　　SUITE 2100